IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEY LOVE,

        Plaintiff,                      No. CIV S-06-2670 WBS EFB P

     vs.

K. PROSPER,                         FINDINGS AND RECOMMENDATIONS

        Defendants.
_____/

        Plaintiff is a state prisoner proceeding without counsel in a civil rights action. *See 42 U.S.C. 1983.*

        On January 3, 2007, the court dismissed plaintiff's claims against defendants B. Hall and K. Prosper pursuant to 28 U.S.C. § 1915A, with leave to amend. The court informed plaintiff he could proceed against defendants M. Aston, S. Darnell, R. Grenert, B. Harrington, S.E. Porter and C. Walsh by submitting materials for service within 20 days, but the court would construe his election to do so as consent to dismissal of his claims against defendants B. Hall and K. Prosper without leave to amend.

        On January 29, 2007, plaintiff submitted materials for service of defendants M. Aston, S. Darnell, R. Grenert, B. Harrington, S.E. Porter and C. Walsh.

////

1 The court finds plaintiff has consented to dismissal of claims against defendants B. Hall and K. Prosper without leave to amend.

Accordingly, it is hereby recommended that claims against defendants B. Hall and K. Prosper be dismissed without further leave to amend.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:   February 7, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE