IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOEY LOVE,** | 2:06-cv-2670 WBS EFB P |
| Plaintiff, | |
| v. | **ORDER** |
| **PROSPER, et al.,** | |
| Defendants. | |

On April 6, 2007, defendants filed a motion for extension of time to file a responsive pleading, explaining that all documentation necessary to determine how to proceed have not yet been received. Defendants further explained that additional time is necessary to prepare a responsive pleading.

**FOR GOOD CAUSE SHOWN**, defendants' April 6, 2007, request is granted and defendants have 30 days from the date this order is signed to file their responsive pleading.

DATED: April 11, 2007.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE