IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEY LOVE,

      Plaintiff,                    No. CIV S-06-2670 WBS EFB P

      vs.

K. PROSPER, et al.,

      Defendants.              FINDINGS AND RECOMMENDATIONS

_____/

      Plaintiff is a prisoner seeking relief for alleged civil rights violations.  *See* 42 U.S.C. § 1983.

      On May 8, 2007, defendants Aston, Grenert and Harrington moved to dismiss this action with respect to them upon the ground that plaintiff failed to exhaust administrative remedies prior to filing suit.  *See* Fed. R. Civ. P. 12(b); 42 U.S.C. § 1997e.  On February 8, 2007, the court informed plaintiff of the requirements for filing an opposition to the motion, that failure to oppose such a motion may be deemed a waiver of opposition to the motion and that failure to comply with the Local Rules may result in a recommendation of dismissal.  On June 26, 2007, the court again reminded plaintiff of his obligation to file an opposition or statement of no opposition, gave plaintiff 20 days to file an opposition or statement of non-opposition and warned him that failure to do so could result in dismissal.  *See* Fed. R. Civ. P. 41(b).

1 | The 20 days have passed and plaintiff has not filed an opposition or a statement of no
2 | opposition.  He has not otherwise responded to the June 26, 2007, order.
3 | Accordingly, it is RECOMMENDED that this action be dismissed without prejudice.
4 | Fed. R. Civ. P. 41(b).
5 | These findings and recommendations are submitted to the United States District Judge
6 | assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
7 | after being served with these findings and recommendations, any party may file written
8 | objections with the court and serve a copy on all parties.  Such a document should be captioned
9 | "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
10 | within the specified time may waive the right to appeal the District Court's order. *Turner v.*
11 | *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
12 | Dated: August 14, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE